UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
JAMES HUNTER, Jr.,                                  )
                                                    )
            Plaintiff,                              )
                                                    )        Civil Action No.  04-0303  (PLF)
                                                    )
DISTRICT OF COLUMBIA, et al.,                       )
                                                    )
            Defendants.                             )
_____)

ORDER AND JUDGMENT

            For the reasons set forth in the Memorandum Opinion issued this same day, it is

hereby

            ORDERED that [25] defendants' supplemental motion to dismiss is GRANTED;

it is

            FURTHER ORDERED that [34] plaintiff's Motion for Reconsideration of Denial

of Motion for Status Conference is DENIED as moot; it is

            FURTHER ORDERED that plaintiff's complaint is DISMISSED without

prejudice; and it is

            FURTHER ORDERED that this case shall be DISMISSED from the docket of

this Court.  This is a final appealable order.  See FED.R. APP.P. 4(a).

            SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: August 3, 2005